# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1485
LT Case Nos. 27-2022-CF-1936-A
27-2023-CF-598-A
27-2023-CF-657-A
27-2023-CF-1787-A

———————————————

JOHN RUSSELL SHIELDS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

John Russell Shields, Jr., Malone, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

July 14, 2026

PER CURIAM.

AFFIRMED. *Maye v. State, 51 Fla. L. Weekly S116 (Fla. May 14, 2026)*.

WALLIS, SOUD, and MACIVER, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––